TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00232-CV

Glendale M. Eaton, Appellant

v.

Comerica Bank of Texas and Bradford A. Gilbert, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 99-00194, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 Glendale M. Eaton has filed a motion to dismiss appeal with prejudice. We grant
appellant's motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: August 12, 1999

Do Not Publish